United States District Court
Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TREMAIN L. BARKER,<br><br>   Petitioner,<br><br>  v.<br><br>R NEUSCHMID,<br><br>   Respondent. | Case No. 18-cv-06441-JSC<br><br>**ORDER OF TRANSFER** |

  This is a habeas case filed pro se by a state prisoner.[1] The petition is directed to the execution of Petitioner's sentence, in that he contends that prison officials have unlawfully retained him in prison beyond the expiration of his sentence when he should be released and under parole supervision.  Petitioner is incarcerated at California State Prison, Solano, which lies within the venue of the Eastern District of California.  Venue is proper in a habeas action in either the district of confinement or the district of conviction, 28 U.S.C. § 2241(d); however, the district of confinement is the preferable forum to review the execution of a sentence.  Habeas L.R. 2254-3(a); *Dunne v. Henman*, 875 F.2d 244, 249 (9th Cir. 1989).  This petition therefore is TRANSFERRED to the United States District Court for the Eastern District of California.

  **IT IS SO ORDERED.**

Dated: November 19, 2018

                   */s/ Jacqueline Scott Corley*
                   JACQUELINE SCOTT CORLEY
                   United States Magistrate Judge

---

[1] Petitioner has consented to the jurisdiction of a United States Magistrate Judge pursuant to 28 U.S.C. § 636(c).  (Dkt. No. 3.)

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

TREMAIN L. BARKER,

    Plaintiff,

  v.

R NEUSCHMID,

    Defendant.

Case No. 18-cv-06441-JSC

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on November 19, 2018, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Tremain L. Barker ID: Prisoner K-61525
California State Prison - Solano
P.O. Box 4000
Vacaville, CA 95696

Dated: November 19, 2018

Susan Y. Soong
Clerk, United States District Court

By: _____
Ada Means, Deputy Clerk to the
Honorable JACQUELINE SCOTT CORLEY

2