UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TREMAIN L. BARKER, | No. 2:18-cv-3053 TLN AC P |
| Petitioner, | |
| v. | ORDER |
| R. NEUSCHMID, | |
| Respondent. | |

Currently pending for decision by the court is respondent's motion to dismiss petitioner's petition for writ of habeas corpus. See ECF Nos. 1, 13. Plaintiff timely filed an opposition, ECF No. 16; respondent did not file a reply. The court finds that further briefing by respondent would be beneficial, particularly in response to petitioner's reliance on <u>Haygood v. Younger</u>, 769 F.2d 1350(1985) (en banc), <u>cert. denied sub nom</u> <u>Cranke v. Haygood</u>, 478 U.S. 1020 (1986). See ECF No. 16 at 2-3.

Accordingly, IT IS HEREBY ORDERED that, within twenty-one (21) days after the filing date of this order, respondent shall file and serve a reply to petitioner's opposition.

SO ORDERED.

DATED: May 17, 2019

ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE